AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Ford Escape (VIN):<br>1FMCU0DG4CKA50297 | )<br>)<br>)  Case No.  21-8267 MB<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Arizona _____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated by reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   11-11-21
(not to exceed 14 days)

☑ in the daytime  6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty in the District of Arizona _____ .
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   10-28-21 @ 1:22 p.m.      _____
                                                                                    *Judge's signature*

City and state:   Phoenix, Arizona      John Z. Boyle  United States Magistrate Judge
                                                                    *Printed name and title*

## ATTACHMENT A

### Property to Be Searched

The vehicle is a Ford Escape, four door SUV, grey in color, bearing Vehicle Identification Number (VIN): 1FMCU0DG4CKA50297, currently held at the FBI Phoenix office located at 21711 N. 7th Street, Phoenix, AZ 85024.

**ATTACHMENT B**

*Property to be seized*

1.    Any and all clothing worn during the bank robberies, to include;

    a.   Dark blue hooded sweatshirt

    b.   Brown pants

    c.   Brown boots

    d.   Black and white baseball hat with "Scipio Tactical" on front

    e.   Blue medical facemask

    f.   Light gray hooded sweatshirt with "Arizona" on front in white print

    g.   Blue jeans

    h.   White latex gloves

    i.   Black facemask

    j.   Black baseball hat with "Scipio Tactical" on front in white lettering

    k.   Green hooded sweatshirt with black on sleeves and "NB" logo on front pocket

    l.   Maroon and white baseball hat with yellow bill and "SUN DEVILS" on front along with ASU mascot

    m.   Maroon hooded sweatshirt with yellow stripe and "ARIZONA STATE SUN DEVILS" on the front

    n.   Black t-shirt

    o.   Blue and white checkered long sleeve button up shirt

    p.   Blue facemask with white paisley print

    q.   Blue baseball hat with "ARIZONA" and unknown logo on front

    r.   Black baseball hat with red lettering on the front

    s.   Grey pants

    t.   Blue, green and white plaid long sleeve button up shirt

    u.   Black and white baseball hat with white bill and "ARIZONA" and unknown logo on the front

    v.   Dark blue and white plaid long sleeve button up shirt

w.  White and dark blue baseball hat with red and white Arizona Wildcat logo on the front

x.  Blue latex gloves

y.  Maroon and white checkered long sleeve button up shirt

z.  Grey and white plaid long sleeve button up shirt

aa. Grey facemask

bb. White long sleeve shirt

cc. Maroon long sleeve shirt

dd. Red facemask with white print

ee. Blue and tan baseball hat with scenic logo patch on front

ff.  Dark grey baseball hat with black Superman logo on front

gg. Black and blue long sleeve shirt with horizontal stripes

hh. Black, red and white baseball hat with Arizona Wildcats logo on front

ii.  White and red baseball hat with Arizona Diamondbacks logo on front

2.    Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, robbery notes, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services, check or money order purchase receipts, account statements, and any other records reflecting the receipt, deposit, or transfer of money;

3.    United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property;

4.    Indicia of occupancy, residency, rental, ownership, or use of the Subject Vehicle and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

5.    Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, real and personal

property, firearms, or controlled substances;

     6.     Firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and ammunition;

     7.     Cellular telephones or any other electronic storage devices.

        a.   Digital evidence derived from the cellular telephone or storage devices, to include:

        b.   Device user information such as telephone number, email address, and Google/Android account ID.

        c.   Records of wi-fi networks or cellular towers the phone connected to.

        d.   Game and App (Application) data to include, but not limited to, location information.

        e.   Images and videos.

        f.   Device information of the phone, to include but not limited to IMEI, Device Name, Legal Information, Model, OS Version, Serial number, SIM status, IP Address, Wi-Fi MAC address, and Build Number.

        g.   Date and Time Logs/Records.

        h.   Internet browser data and history.

        i.   Call logs and text messages (SMS/MMS).

*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| | **Return** | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Ford Escape (VIN):<br>1FMCU0DG4CKA50297 | )<br>)<br>)<br>)<br>)<br>) |

Case No. 21-8267 MB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A, incorporated by reference.

located in the _____ District of _____ Arizona _____ , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B, incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 2113 | Bank Robbery |

The application is based on these facts:
See attached Affidavit, incorporated by reference.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Brett Day*
Reviewed by Brett A. Day, AUSA

*Dustin Hooker*
*Applicant's signature*

**Dustin Hooker, FBI Task Force Officer**
*Printed name and title*

Sworn to and signed electronically.

Date: 10-28-21 @ 1:22 p.m.

*[Judge's signature]*
*Judge's signature*

City and state:  Phoenix, Arizona

**Deborah M. Fine, United States Magistrate Judge**
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

The vehicle is a Ford Escape, four door SUV, grey in color, bearing Vehicle Identification Number (VIN): 1FMCU0DG4CKA50297, currently held at the FBI Phoenix office located at 21711 N. 7th Street, Phoenix, AZ 85024.

## ATTACHMENT B

*Property to be seized*

1.    Any and all clothing worn during the bank robberies, to include;

    a.   Dark blue hooded sweatshirt

    b.   Brown pants

    c.   Brown boots

    d.   Black and white baseball hat with "Scipio Tactical" on front

    e.   Blue medical facemask

    f.   Light gray hooded sweatshirt with "Arizona" on front in white print

    g.   Blue jeans

    h.   White latex gloves

    i.   Black facemask

    j.   Black baseball hat with "Scipio Tactical" on front in white lettering

    k.   Green hooded sweatshirt with black on sleeves and "NB" logo on front pocket

    l.   Maroon and white baseball hat with yellow bill and "SUN DEVILS" on front along with ASU mascot

    m.   Maroon hooded sweatshirt with yellow stripe and "ARIZONA STATE SUN DEVILS" on the front

    n.   Black t-shirt

    o.   Blue and white checkered long sleeve button up shirt

    p.   Blue facemask with white paisley print

    q.   Blue baseball hat with "ARIZONA" and unknown logo on front

    r.   Black baseball hat with red lettering on the front

    s.   Grey pants

    t.   Blue, green and white plaid long sleeve button up shirt

    u.   Black and white baseball hat with white bill and "ARIZONA" and unknown logo on the front

    v.   Dark blue and white plaid long sleeve button up shirt

w.  White and dark blue baseball hat with red and white Arizona Wildcat logo on the front

x.  Blue latex gloves

y.  Maroon and white checkered long sleeve button up shirt

z.  Grey and white plaid long sleeve button up shirt

aa. Grey facemask

bb. White long sleeve shirt

cc. Maroon long sleeve shirt

dd. Red facemask with white print

ee. Blue and tan baseball hat with scenic logo patch on front

ff.  Dark grey baseball hat with black Superman logo on front

gg. Black and blue long sleeve shirt with horizontal stripes

hh. Black, red and white baseball hat with Arizona Wildcats logo on front

ii.  White and red baseball hat with Arizona Diamondbacks logo on front

2.    Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including but not limited to, robbery notes, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services, check or money order purchase receipts, account statements, and any other records reflecting the receipt, deposit, or transfer of money;

3.    United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property;

4.    Indicia of occupancy, residency, rental, ownership, or use of the Subject Vehicle and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

5.    Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, real and personal

property, firearms, or controlled substances;

6.      Firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and ammunition;

7.      Cellular telephones or any other electronic storage devices.

    a.   Digital evidence derived from the cellular telephone or storage devices, to include:

    b.   Device user information such as telephone number, email address, and Google/Android account ID.

    c.   Records of wi-fi networks or cellular towers the phone connected to.

    d.   Game and App (Application) data to include, but not limited to, location information.

    e.   Images and videos.

    f.   Device information of the phone, to include but not limited to IMEI, Device Name, Legal Information, Model, OS Version, Serial number, SIM status, IP Address, Wi-Fi MAC address, and Build Number.

    g.   Date and Time Logs/Records.

    h.   Internet browser data and history.

    i.   Call logs and text messages (SMS/MMS).

**ATTACHMENT C**

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT**

I, Dustin Hooker, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.        I am a Detective with the City of Phoenix Police Department and a Task Force Officer with the Federal Bureau of Investigation's ("FBI") Bank Robbery/Violent Crimes Task Force (the "Task Force"). I have been an officer with the City of Phoenix for approximately 23 years, a Detective for five years, and assigned to the Task Force since February 2019. Prior to being assigned to the Task Force, I was assigned to the Violent Crimes Bureau/Robbery Unit with the Phoenix Police Department.

2.        Your affiant makes this affidavit in support of an Application for a Search Warrant under Rule 41 of the Rules of Criminal Procedure. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that RICHARD ZUMBRO and others known and unknown, are involved in criminal activity in violation of Title 18 U.S.C § 2113 (Bank Robbery). There is also probable cause to believe that ZUMBRO used a vehicle, specifically, a Ford Escape, Vehicle Identification Number (VIN): 1FMCU0DG4CKA50297 (**Subject Vehicle**), in furtherance of this criminal activity. Accordingly, this application requests authority to search the vehicle as described in Attachment A for evidence of these crimes as further described in Attachment B.

1

3.        The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, investigators and/or witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested Warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4.        In December of 2020, the FBI became aware of, and involved in investigating, an unidentified white male (later identified as Richard ZUMBRO) who was committing bank robberies.  Investigators believe the same individual has engaged in at least 23 bank robberies occurring at various federally insured banks between December 30, 2020 and October 25, 2021.  In each robbery, the suspect presents a demand note to the victim teller demanding money.  In most of the robberies the note states with slight variation, "This is a robbery don't make it a murder, get the money quickly or I'll shoot you."

5.        The **Subject Vehicle** has been identified in five recent bank robberies. ZUMBRO appears to have utilized a Volkswagen Jetta in prior robberies.  Both vehicles trace back to ZUMBRO, and registration of the **Subject Vehicle** corresponds to the time when ZUMBRO began to use the **Subject Vehicle** in the subsequent bank robberies. The physical description of ZUMBRO, based upon MVD records, matches that of the suspect in each of the robberies.  Each robbery is listed and described below.

2

6.      On October 21, 2021, ZUMBRO and the **Subject Vehicle** were located at the Super

6 hotel in Tucson, Arizona.  On October 25, 2021, ZUMBRO was observed leaving

the hotel and driving the **Subject Vehicle** to Mesa, Arizona.  At approximately

10:18 a.m., ZUMBRO was observed by investigators committing a bank robbery at

the US Bank, 1855 N Power Road, Mesa, AZ 85207.  ZUMBRO departed the bank

in the **Subject Vehicle** and was arrested shortly after the robbery.  Agents are able

to observe in plain sight within the **Subject Vehicle** a manilla envelope containing

the money from the bank robbery, the clothing ZUMBRO was wearing during the

robbery, and a cellular telephone in his possession during the robbery.

7.      The United States currency stolen during the below referenced robberies was

federally insured by either the Federal Deposit Insurance Corporation ("FDIC") or

the National Credit Union Administration ("NCUA").

**Robbery 1, December 30, 2020: US Bank, 9900 S. Rural Road, Tempe, Arizona 85284**

8.      At approximately 5:32 p.m., the suspect entered the US Bank, a federally

insured institution. The suspect presented a note to the bank teller which read,

"This is a robbery! Please don't make it a murder! Quickly and quietly give me the

money. Quickly! If you follow me out of the store I will shoot you!"  The victim

provided $1,355.00 from the bank drawer to the suspect who then fled the location

on foot.

9.      Surveillance video, combined with the teller's description, showed the

suspect as a White or Hispanic male, in his 30's, about 5'8" tall, with a heavy build,

wearing a black jacket, khaki pants, a hat, a blue colored surgical mask, and white latex gloves.

**US Bank surveillance photos:**

 

**Robbery 2, January 15, 2021: US Bank, 9900 S. Rural Road, Tempe, Arizona 85284**

10.      At approximately 5:47 p.m., the suspect entered US Bank, a federally insured institution.  The suspect presented a note to the same victim teller as in robbery 1. The victim stated that this demand note read, "This is a robbery don't make it a murder, get the money quickly or I'll shoot you." The victim provided $1,127.00 from the bank drawer to the suspect who then fled the location on foot.

11.      Surveillance video, combined with the teller's description, showed the suspect as a white or Hispanic male, in his 30's, about 5'8" tall, with a heavy build, wearing a grey hooded sweatshirt/jacket, light colored pants, a hat, a dark colored partial face mask with "Arizona" lettering on it, and clear latex gloves.

4

**US Bank surveillance photo:**



**Robbery 3, January 26, 2021: US Bank, 4005 E. Chandler Blvd., Phoenix, Arizona 85044**

12.     At approximately 5:21 p.m., the suspect entered US Bank, a federally
insured institution.  The suspect approached the teller window and presented a
demand note to the victim teller which read, "This is a robbery. Don't make it a
murder! Quickly and quietly give me the money! Quickly! Hurry! Quickly!"  The
victim provided $1,831.00 from the bank drawer to the suspect who then fled the
location on foot.

13.     Surveillance video, combined with the teller's description, showed the
suspect as a White male, heavy set, wearing blue jeans, dark blue hooded
sweatshirt, blue facemask, black baseball hat with white front and unknown logo
and white latex gloves.

14.     The suspect was captured on exterior surveillance video as he fled the scene
and investigators determined he got into a silver colored sedan believed to be a
Volkswagen Jetta which then fled the area driving eastbound on Chandler Blvd.

**US Bank surveillance photos:**

  

### Robbery 4, February 5, 2021:  US Bank, 4005 E. Chandler Blvd, Phoenix, Arizona 85044

15.    At approximately 5:58 p.m., the suspect entered US Bank, a federally insured institution.  The suspect presented a demand note to the victim teller which read, "This is a robbery! Don't make it a murder! Quickly and quietly! Money now! Hurry! Quickly!" The victim recognized the suspect as being the same person that robbed the bank on January 26, 2021 and provided $3,058.00 from the bank drawer to the suspect. The suspect took the money, fled the store, but left behind the demand note.

16.    Surveillance video, combined with the teller's description, showed the suspect as a White male, heavy set, wearing blue jeans, dark blue hooded sweatshirt, black baseball hat with "SCIPIO TACTICAL" on the front, black face mask, and white latex gloves.

17.    The suspect was captured on exterior surveillance video as he fled the scene and investigators determined he got into a silver colored sedan believed to be a Volkswagen Jetta which then fled the area driving eastbound on Chandler Blvd.

**US Bank surveillance photos:**

  

## Robbery 5, March 2, 2021:  US Bank, 4005 E. Chandler Blvd., Phoenix, Arizona 85044

18.      At approximately 9:58 a.m., the suspect entered US Bank, a federally

insured institution.  The suspect approached a teller window and produced a

demand note that read, "This is a robbery. Don't make it a murder." The bank

teller complied with the demand note and provided the suspect $2,000.00.  The

suspect then fled the store.

19.      Surveillance video, combined with the teller's description, showed the

suspect as a White male, heavy set, wearing black pants, green hooded sweatshirt

with black on the inner part of the sleeves, black baseball hat with white front and

the words "SCIPIO TACTICAL", black facemask and white latex gloves.

**20.**      The suspect was captured on exterior surveillance video as he fled the scene

and investigators determined he got into a silver-colored sedan believed to be a

Volkswagen Jetta which then fled the area driving eastbound on Chandler Blvd.

**US Bank surveillance photos:**



**Robbery 6, April 2, 2021: US Bank, 3800 W. Happy Valley Rd, Phoenix, Arizona 85310**

21.     At approximately 10:22 a.m., the suspect entered US Bank, a federally insured institution.  The suspect approached a teller window and presented a note that stated it was a robbery and to give him all the money. The suspect then told two of the bank tellers to give him the money in their drawer. Both bank tellers complied with the suspects demands and provided him $2,741.00. The suspect then fled the bank with the money.

22.     Surveillance video, combined with the teller's description, showed the suspect as a White male, heavy set, wearing a maroon, white and yellow Arizona State Sun Devils baseball hat, maroon, yellow and white Arizona State Sun Devils hooded sweatshirt, black facemask, and white latex gloves.

23.     The suspect was captured on exterior surveillance video as he fled the scene and investigators determined he got into a silver colored sedan believed to be a Volkswagen Jetta which then fled the area.

8

**US Bank surveillance photos:**

 

## Robbery 7, April 30, 2021: Desert Financial Credit Union, 985 E. Riggs Rd, Chandler, Arizona 85249

24.          At approximately 10:47 a.m., the suspect entered Desert Financial Credit Union, a federally insured institution. The suspect approached a teller window and presented a note that stated it was a robbery and that he wanted all the money. The suspect then told two of the bank tellers to give him the money in their drawer. Both bank tellers complied with the suspects demands and gave him a known amount of money. The suspect then fled the bank with the money.

25.          Surveillance video, combined with the teller's description, showed the suspect as a White male, heavy set, wearing brown pants, black t-shirt, long sleeve button up blue and white checkered shirt, blue facemask with white paisley print, blue baseball hat with unknown logo and "ARIZONA" written underneath it, and white latex gloves.

9

**Desert Financial Credit Union surveillance photos:**

  

**Robbery 8, May 6, 2021: US Bank, 5137 E. Baseline Road, Gilbert, Arizona 85234**

26.         At approximately 11:02 a.m., the suspect entered US Bank, a federally insured institution. The suspect approached the bank teller and presented a note that read, "This is a robbery please don't make it a murder. Quickly and quietly give me all the money in your drawer. Hurry!" The suspect then told two of the bank tellers to give him the money in their drawer. Both bank tellers complied with the suspects demands and gave him a known amount of money. The suspect fled the bank with the money and was not located.

27.         Surveillance video, combined with the teller's description, showed the suspect as a White male, heavy set, wearing grey pants, black boots, black t-shirt, long sleeve button up blue and white checkered shirt, black facemask, black baseball hat with red lettering on the front, and white latex gloves.

**US Bank surveillance photos:**

  

**Robbery 9, June 11, 2021: US Bank, 3800 W. Happy Valley Rd, Phoenix, Arizona 85310**

28.      At approximately 10:51 a.m., the suspect entered US Bank, a federally insured institution. The suspect approached the bank teller and presented a note that read, "THIS IS A ROBBERY! PLEASE DON'T MAKE IT A MURDER! I WANT ALL THE MONEY FROM BOTH TELLER STATIONS AND I WANT IT QUICKLY AND QUIETLY! HURRY UP! QUICKLY!" The suspect then told two of the bank tellers to give him the money in their drawer. Both bank tellers complied with the suspects demands and gave him a known amount of money. The suspect then fled the bank with the money.

29.      Surveillance video, combined with the teller's description, showed the suspect as a White male, heavy set, wearing grey pants, black boots, black t-shirt, green and blue checkered long sleeve button up shirt, white baseball hat with black front and unknown logo, black facemask, and white latex gloves.

30.      The suspect was captured on exterior surveillance video as he fled the scene and investigators determined he got into a silver colored sedan believed to be a Volkswagen Jetta which then fled the area.

**US Bank surveillance photos:**

 

11

**Robbery 10, June 25, 2021: US Bank, 3130 W. Carefree Highway, Phoenix, AZ 85086**

31.        At approximately 10:19 a.m., the suspect entered US Bank, a federally

insured institution.  The suspect approached the bank teller and presented a

demand note that read, "THIS IS A ROBBERY, I HAVE A GUN, I WILL

SHOOT," while also verbally demanding all the money in the top drawer. The

victim teller complied with the suspect's demands and gave him $2,375.00 from

her top drawer. The suspect asked for the demand note back before leaving the

bank with the money and note.

32.        Surveillance video, combined with the teller's description, showed the

suspect as a White male, heavy set, wearing a black t-shirt, blue and grey plaid

long sleeve button up shirt, white baseball hat with a blue front and bill and an

Arizona Wildcats logo on the front, black facemask, and blue latex gloves.

**US Bank surveillance photos:**

  

**Robbery 11, July 3, 2021: US Bank, 2858 N. Pinal Avenue, Casa Grande, Arizona 85086**

33.         At approximately 10:35 a.m., the suspect entered US Bank, a federally

insured institution.  The suspect approached the bank teller and presented a note

that read, "THIS IS A ROBBERY! DON'T MAKE IT A MURDER! QUICKLY

AND QUIETLY GIVE ME THE MONEY. QUICKLY!!" The victim teller

complied with the demand note and gave the suspect money from her drawer and

her co-workers drawer. The suspect took the money, totaling $18,279.00, and fled

the store.

34.         Surveillance video, combined with the teller's description, showed the

suspect as a White male, heavy set, wearing a black t-shirt, dark colored long

sleeve button up shirt, black baseball hat, black facemask, and blue latex gloves.

**US Bank surveillance photos:**

 

**Robbery 12, July 29, 2021: US Bank, 3800 W. Happy Valley Rd, Phoenix, Arizona 85310**

35.          At approximately 3:10 p.m., the suspect entered US Bank, a federally insured institution.  The suspect approached the bank teller and produced a demand note stating it was a robbery. When the teller told the suspect, he did not have any money the suspect verbally demanded money and motioned towards his waistband insinuating he had a weapon. The bank tellers complied with the demand and gave the suspect $1,126.00.

36.          Surveillance video, combined with the teller's description, showed the suspect as a White male, heavy set, wearing grey pants, black t-shirt, blue long sleeve button up shirt, black baseball hat with white or grey front and the words "SCIPIO TACTICAL" on the front, black facemask and blue latex gloves.

37.          The suspect was captured on exterior surveillance video as he fled the scene and investigators determined he got into a dark colored small SUV, possibly a 2008 to 2012 Ford Escape (**Subject Vehicle**), which then fled the area.

**US Bank surveillance photos:**

   

**Robbery 13, August 14, 2021: Desert Financial Credit Union, 20797 N. John Wayne Parkway, Maricopa, Arizona 85139**

38.        At approximately 11:02 a.m., the suspect entered Desert Financial Credit Union, a federally insured institution.  The suspect approached the bank teller and gave the employee a demand note that read, "THIS IS A ROBBERY! PLEASE DON'T MAKE THIS A MURDER! QUICKLY AND QUIETLY GIVE ME ALL THE MONEY. HURRY!!" The employee complied with the demands and gave the suspect $5,000.00. The suspect fled the scene in an unknown direction.

39.        Surveillance video, combined with the teller's description, showed the suspect as a White male, heavy set, wearing tan pants, maroon long sleeve button up shirt, blue facemask, black baseball hat with grey trim on the bill, and white latex gloves.

**Desert Financial Credit Union surveillance photos:**

  

15

**Robbery 14, August 31, 2021: Desert Financial Credit Union, 5140 W. Baseline Road,**

**Phoenix, Arizona 85339**

40.          At approximately 10:14 a.m., the suspect entered Desert Financial Credit

Union, a federally insured institution.  The suspect approached the bank teller and

gave the employee a demand note that read, "THIS IS A BANK ROBBERY.

GIVE ME $5,000 CASH."  The bank employee complied with the demand note

and gave the suspect $1,000.00.  The suspect took the money, and the demand

note, and fled the bank.

41.          Surveillance video, combined with the teller's description, showed the

suspect as a White male, heavy set, wearing black pants, black t-shirt, grey and

white plaid long sleeve button up shirt, grey facemask, white and blue baseball hat

with the Arizona Wildcats logo on the front, and white latex gloves.

**Desert Financial Credit Union surveillance photos:**

  

**Robbery 15, September 4, 2021: US Bank, 2858 N. Pinal Avenue, Casa Grande, Arizona 85086**

42.    At approximately 10:19 a.m., the suspect entered US Bank, a federally insured institution.  The suspect approached the bank teller and presented a demand note that read, "THIS IS A ROBBERY! PLEASE DON'T MAKE IT A MURDER! GIVE ME THE MONEY. QUICKLY AND QUIETLY HURRY!" The bank employee complied with the demand note and provided the suspect $1,214.00. The suspect took the money and fled the bank.

43.    Surveillance video, combined with the teller's description, showed the suspect as a White male, heavy set build, wearing a black t-shirt underneath a grey and white plaid long sleeve button up shirt, blue face mask, blue and white baseball hat with an Arizona Wildcats logo on the front and white latex gloves.

**US Bank surveillance photos:**

 

**Robbery 16, September 10, 2021: US Bank, 2385 E. Windmill, Las Vegas, Nevada 89123**

44.        At approximately 2:31 p.m., the suspect entered US Bank, a federally

insured institution.  The suspect approached the bank teller, removed a demand

note from a manila envelope and presented it to the teller. The bank employee

complied with the demand note and gave the suspect $600.00. The suspect took

the money and fled the bank.

45.        Surveillance video, combined with the teller's description, showed the

suspect as a White male, heavy set build, wearing a black t-shirt underneath a grey

and white plaid long sleeve button up shirt, black face mask, black and grey

baseball hat with a Scipio Tactical logo on the front and white latex gloves.

46.        During this robbery, a tracking device was included among the money the

suspect was given by the victim.  Investigators located the money tracker device

abandoned a short distance from the shopping center where the bank was located.

47.        Investigators reviewed surveillance video from a nearby business which

captured a grey colored, small SUV, similar to a 2008 to 2012 Ford Escape

**(Subject Vehicle)**, shortly after the robbery.  Based on the location and timing of

the vehicle passing the camera, and the information from the tracking device,

investigators believe this vehicle was used by the suspect.

**US Bank surveillance photos:**

  

**<u>Robbery 17, September 14, 2021: Desert Financial Credit Union, 15215 N. Cotton Lane,</u>**

**<u>Surprise, AZ 85388</u>**

48.          At approximately 12:12 p.m., the suspect entered Desert Financial Credit

Union, a federally insured institution.  The suspect approached the bank teller,

removed a note from a manila envelope and presented a demand note that read,

"THIS IS A ROBBERY! PLEASE DON'T MAKE IT A MURDER!!" The bank

employee complied with the demand note and gave the suspect $1,000.00. The

suspect took the money and fled the bank, possibly in an older model, charcoal

grey Ford Escape (**Subject Vehicle)**.

49.          Surveillance video, combined with the teller's description, showed the

suspect as a White male, heavy set build, wearing a long sleeve white shirt, black

face mask, black pants, black shoes, black baseball hat with yellow and white

Pokemon logo on the front and white latex gloves.

**Desert Financial Credit Union surveillance photos:**

  

19

**Robbery 18, September 21, 2021: BBVA Bank, 1101 E. Florence Boulevard, Casa Grande, AZ 85122**

50.         At approximately 12:32 p.m., the suspect entered BBVA Bank, a federally insured institution.  The suspect approached the bank teller and presented a demand note. The bank employee complied with the demand note and gave the suspect $1,655.00. The suspect took the money and fled the bank.

51.         Surveillance video, combined with the teller's description, showed the suspect as a White male, heavy set build, wearing a black t-shirt underneath a grey and white plaid long sleeve button up shirt, black face mask, black and grey baseball hat with a Scipio Tactical logo on the front and white latex gloves.

**BBVA Bank surveillance photos:**

  

**Robbery 19, October 1, 2021: US Bank, 9100 N. Silverbell Road, Tucson, AZ 85743**

52.         At approximately 3:37 p.m., the suspect entered US Bank, a federally insured institution.  The suspect approached the bank teller and presented a

demand note. The bank employee complied with the demand note and provided the suspect $1,816.00. The suspect took the money and fled the bank.

53.        Surveillance video, combined with the teller's description, showed the suspect as a White male, heavy set build, wearing a maroon long sleeve shirt, red face mask with white paisley print, dark blue and tan baseball hat with a landscape logo on the front and white latex gloves.

**US Bank surveillance photos:**

  

**Robbery 20, October 8, 2021: US Bank, 7110 N. Oracle Road, Tucson, AZ 85704**

54.        At approximately 3:48 p.m., the suspect entered US Bank, a federally insured institution.  The suspect approached the bank teller and presented a demand note. The bank employee complied with the demand note and gave the suspect $,1833.00. The suspect took the money and fled the bank.

55.        Surveillance video, combined with the teller's description, showed the suspect as a White male, heavy set build, wearing a maroon long sleeve shirt, white face mask, grey baseball hat with a Superman logo on the front and white latex gloves.

21

**US Bank surveillance photos:**

 

**Robbery 21, October 12, 2021: US Bank, 3130 W Carefree Hwy, Phoenix, AZ 85086**

56.        At approximately 3:55 p.m., the suspect entered US Bank, a federally insured institution.  The suspect approached the bank teller and presented a demand note. The bank employee complied with the demand note and gave the suspect $1,040.00. The suspect took the money and fled the bank.

57.        Surveillance video, combined with the teller's description, showed the suspect as a White male, heavy set build, wearing a white long sleeve shirt, black face mask, white and red baseball hat with an Arizona Diamondbacks logo on the front and white latex gloves.

58.        Review of surveillance video obtained from a nearby business captured a grey colored, small SUV, similar to a 2008 to 2012 Ford Escape (**Subject Vehicle)**, which investigators believe was used by the suspect.

**US Bank surveillance photos:**

  

**Robbery 22, October 19, 2021: US Bank, 5137 E. Baseline Rd, Gilbert, AZ 85234**

59.         At approximately 12:38 p.m., the suspect entered US Bank, a federally insured institution.  The suspect approached the bank teller and presented a demand note. The bank employee complied with the demand note and gave the suspect $1,489.00. The suspect took the money and fled the bank.

60.         Surveillance video, combined with the teller's description, showed the suspect as a White male, heavy set build, wearing a white long sleeve shirt, black face mask, white and red baseball hat with an Arizona Diamondbacks logo on the front and white latex gloves.

**US Bank surveillance photos:**

 

**Robbery 23, October 25, 2021: US Bank, 1855 N Power Road, Mesa, AZ 85207**

61.         At approximately 10:18 a.m., the suspect entered US Bank, a federally insured institution.  The suspect approached the bank teller and presented a demand note. The bank employee complied with the demand note and gave the suspect $4,280.00. The suspect took the money and fled the bank.

23

62.        Surveillance video, combined with the teller's description, showed the suspect as a White male, heavy set build, wearing a blue and black long sleeve shirt with horizontal stripes, black face mask, black, white and red baseball hat with an Arizona Wildcats logo on the front and white latex gloves.

63.        Investigators had ZUMBRO under surveillance at the time of the robbery and witnessed ZUMBRO complete the bank robbery. Following the robbery, investigators maintained surveillance the **Subject Vehicle** until he was taken into custody.

**US Bank surveillance photos:**

 

64.        During all the listed bank robberies, the suspect entered the bank wearing a baseball hat, pants, facemask, and a long sleeve shirt. In all the robberies the suspect presented a demand note to the teller stating he wanted money. Along with having the same Modus Operandi and suspect description in all the bank robberies, the surveillance photos from the bank surveillance videos shows that the suspect is the same person in each incident.

65.        During this robbery series, the suspect has obtained approximately $62,108.00 in U.S. currency.

24

66.      Based on the above information, it is believed that the listed robberies have been committed by the same suspect who is utilizing a grey Volkswagen Jetta and a grey Ford Escape (**Subject Vehicle**).

67.      Investigators have observed a pattern consistent with each robbery, where the suspect parks a grey Volkswagen Jetta or grey Ford Escape in the surrounding parking lot to access the bank where the criminal activity occurs. After committing the bank robbery, the suspect flees through the surrounding parking area to the Volkswagen Jetta or Ford Escape.  In robberies beginning on or about July 29, 2021, video surveillance captured the suspect driving a grey Ford Escape.  Investigators conducted research and determined the Ford Escape was likely a 2012 model, based on body features of the vehicle observed in the video surveillance.

## INVESTIGATION

68.      On October 21, 2021, while researching grey 2012 Ford Escape vehicles registered in Arizona, investigators located a vehicle with Arizona license plate FAA8ZD that appeared to be the same or similar Ford Escape. The registered owner of this particular Ford Escape was listed as Richard James ZUMBRO, Date of birth XX/XX/1977.  Investigators reviewed ZUMBRO's Arizona driver's license photo and information.  The physical description of ZUMBRO is similar and consistent with that of the suspect in the above referenced bank robberies.

69.      Further research into the vehicle registration showed the listed 2012 Ford Escape was registered to ZUMBRO on or about July 15, 2021 and titled in Arizona

25

on or about August 4, 2021. Investigators noted that the registration date was approximately two weeks prior to the July 29, 2021 robbery in which the suspect was first observed using a Ford Escape.

70.       Investigators learned Richard ZUMBRO has a residential history in North Carolina. Database checks revealed that ZUMBRO was the registered owner of a 2004 Volkswagen Jetta, which was assigned North Carolina license plate HHV7347.

71.       Investigation determined that Richard ZUMBRO had listed a post office box as a residence address. Checks of license plate reader databases revealed that the license plate of ZUMBRO's Ford Escape had been captured at various hotels in and around the Tucson, Arizona area.

72.       ZUMBRO has a criminal history which includes armed robbery, assault, weapons misconduct, and drugs in North Carolina where database checks indicated he served prison time for the offenses.

73.       On October 21, 2021, investigators located the 2012 Ford Escape with Arizona license plate FAA8ZD in the parking lot of the Studio 6 hotel located at 4950 S. Outlet Center Drive, Tucson, Arizona 85706. On that date, investigators obtain a Federal Vehicle Tracking warrant (21-1832 MB) from the Honorable Bruce Macdonald, in Tucson, Arizona. Both visual surveillance and vehicle tracking information has confirmed ZUMBRO's presence at the Studio 6 hotel from Thursday, October 21, 2021, until today's date, October 25, 2021, when ZUMBRO departed the hotel in the **Subject Vehicle** to travel to the robbery in Mesa, Arizona.

26

74.        ZUMBRO was arrested shortly after the robbery in the **Subject Vehicle.** Agents have observed in plain sight within the vehicle a manilla envelope and the money from the robbery, as well as clothing that ZUMBRO wore during the robbery. Following ZUMBRO's arrest, investigators have secured the **Subject Vehicle** at the FBI Phoenix Field Office, 21711 N. 7th Street, Phoenix, AZ.

## CONCLUSION

75.        Based on my training and experience consultation with other experienced investigators, your affiant is aware that individuals involved in criminal activity, to include robberies, often maintain at their residences, in their hotel rooms, in their vehicles, and on their property, tools and other implements they used during or in furtherance of the commission of the crime.  Individuals involved in robberies may also maintain notes or other documents containing the names and contacts of their associates.   Sometimes robbers take pictures of themselves, or their fellow conspirators, as well as money obtained during the course of the robberies.  I also know that sometimes robbers retain items used to facilitate the robberies as well as items taken during the robberies. Sometimes, in addition to money, robbers also take receipts or other documents and items bearing the name of the commercial business. I also know that individuals tend to retain their clothing, including the items worn in the robberies, for extended periods of time.   Robbers often store proceeds, instrumentalities, fruits, and evidence of their crimes in their homes, hotel rooms, and/or vehicles.

27

76.        Based on the above listed facts, your affiant respectfully submits that there

is probable cause to believe that ZUMBRO utilized the **Subject Vehicle**, in

furtherance of criminal activity.  Your affiant further submits there is probable cause

to search the vehicle for evidence relating to the criminal activity and evidence

relating to the ownership of the vehicle.


I declare under penalty of perjury under the laws of the United States of America that

the forgoing is true and correct.

*Dustin Hooker*
_____
Task Force Officer Dustin Hooker
Federal Bureau of Investigation


Sworn telephonically this ____ day of October, 2021.

_____
HONORABLE DEBORAH M. FINE
United States Magistrate Judge

28